**DEPARTMENT OF THE ARMY**
MULTI NATIONAL FORCE- IRAQ
UNITED STATES ARMY FORCES CENTRAL COMMAND
THIRD UNITED STATES ARMY
APO AE 09304

CFLCC-PARC

DATE: 25 JUL 2004

MEMORANDUM FOR:

From: Contracting Officer, Camp Cooke, Al Taji, Iraq

To: Whom it may concern

Subj: DELIVERY DATE EXTENSION FOR CONTRACT W91QEK-04-M-4227

Same Contract No.

1. Due to delivery constraints imposed by the Government this contract is authorized to extend delivery date to the maximum amount of time until delivery is complete.

2. Any question please feel free to contact me at baker_dan2004@yahoo.com.

DANIEL BAKER
SSGT USMC

EXHIBIT B

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS, 200TH/201ST ERHS
Building 701, CAMP TAJI, AL-TAJI, IRAQ
APO AE 09378

24 May 2005

MEMORANDUM FOR MAJ TAYLOR

FROM: 557 EHRS/S2

SUBJECT: Request for Issue of DOD Common Access Card

1. 557 ERHS requests issue of a DOD Common Access Card (CAC) for the American citizen recently hired by SITCO to work on Camp Taji:

| Name (Last, First) | SSN | Passport Number |
|---|---|---|
| Suarez, Angel Luis | 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 | 159294582 |

2. 557th Expeditionary RED HORSE is currently the sponsor for SITCO, which runs a concrete batch plant on Camp Taji.

3. If you have questions regarding this request feel free to contact myself at 555-1100 or tristan.ainsworth@beale.af.mil.

TRISTAN J. AINSWORTH, 1st Lt, USAF
S-2, 557th RED HORSE

EXHIBIT C

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS, 557TH ERHS
Building 701, CAMP TAJI, AL-TAJI, IRAQ
APO AE 09378

2 JUN 05

MEMORANDUM TO WHOM IT MAY CONCERN

FROM : 557 ERHS/LG (S4)

SUBJECT: Authorization to Travel – Mr A. Juis Suarez – SITCO

1. Mr. Angel Luis Suarez, 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, an American citizen, President SITCO Iraq division, will be traveling to Kuwait on or about 3 JUN 05 for meetings with his main office. His travel is to benefit SITCO operations here in Taji and as sponsors, I authorize his travel.

2. He is programmed to return to Taji between 25-30 JUN 05.

TERRY C. ROBINSON, Major, USAF
Logistics Officer

Must contain DSN#
plus travel Orders

david.e.daniel@us.army.mil

EXHIBIT D

**DEPARTMENT OF THE ARMY**
**1-151ST FA REAR AREA OPERATIONS CENTER (RAOC)**
**MAYOR CELL**
**CAMP TAJI, IRAQ**
**APO AE 09378**

REPLY TO
ATTENTION OF

RBFA-GS-DCO

08 October 2005

MEMORANDUM FOR Mr. Talat Mughrabi, SITCO General Trading and Contracting W.L.L.

SUBJECT: Demobilization of SITCO from Camp Taji

1. This memorandum is to provide notification that the United States Army requires SITCO to demobilize from Camp Taji based upon a schedule to be developed by Mr. Mughrabi and agreed upon by the Camp Taji Mayor. This schedule must be delivered to the Camp Taji Mayor Cell within 3 working days of receipt of this message. It is the intent of the Camp Taji leadership to complete SITCO's demobilization in the next 30 to 60 days.

2. Current operational requirements on Camp Taji no longer require an additional cement batch plant. SITCO's current contracts have been successfully met for the base contract scope of 01 Oct 04 to 30 Sep 05. The United States Army will allow SITCO to reduce base product inventory from initial performance period in conjunction with approved demobilization schedule.

3. Please contact the Camp Taji Mayor Cell at 242-6186 for any questions or concerns.

SCOTT A. ST. SAUVER
MAJ, FA
Deputy Commander

EXHIBIT E

**DEPARTMENT OF THE ARMY**
1st Battalion, 377 Field Artillery Regiment (Air Assault)
MAYOR CELL
CAMP TAJI, IRAQ
APO AE 09378

REPLY TO
ATTENTION OF

AFZA-FA-R-BO

26 December 2005

MEMORANDUM FOR Mr. Yamen Ayoub, SITCO General Trading and Contracting W.L.L.

SUBJECT: Demobilization of SITCO from Camp Taji

1. This memorandum authorizes SITCO General Trading and Contracting W.L.L to remove the following equipment from Camp Taji in accordance with the demobilization schedule for Contract number W91QEK-04-D-A069 and return it to Kuwait:

   Ready Mix Factory
   Caterpillar 450kva Generator
   Perkins 250kva Generator
   Laboratory Tools associated with the Ready Mix Factory

2. SITCO's current contracts have been successfully met for the base contract scope of 01 Oct 04 to 30 Sep 05. The United States Army has allowed SITCO to reduce base product inventory from initial performance period in conjunction with its approved demobilization schedule.

3. The undersigned is an authorized officer permitted to execute such documents as maintained at Camp Doha, Kuwait.

3. Please contact the Camp Taji Mayor Cell at 242-6186 for any questions or concerns.

MARK Q. YOUNG
MAJ, FA
Deputy Commander

MCT
APPROVED
07 JAN 2006

EXHIBIT F

**Luis Suarez**

**From:** Obaid Karki [oktrade@gmail.com]
**Sent:** Monday, February 20, 2006 1:09 PM
**To:** Luis Suarez
**Subject:** DELL ORDER CONFIRMATION BELOW

Dell recommends Windows(r) XP Professional Buy Online or Contact Your Sales Rep
USA
Medium & Large Business
Limited Warranty
Secure Shopping Guarantee

SHIPPING
PAYMENT
VERIFY & SUBMIT ORDER
Your order is ready for processing. Please review the following details and edit if necessary. Select Submit Order to transmit your order to Dell.
Print Order
Shipping & Handling Information

Shipping & Handling Method
Designated Carrier ($0)
Edit
Ship To
LUIS SUARES
Mela Realty, LLC
301 East 66th Street
NY, NY 10021
(917) 609-8082
Edit
Contact Information

E-mail Receipt To
oktrade@gmail.com
Shipping Details

Carrier
Fedex
Account Number
278740986
Method Of Delivery
Next Business Day Delivery
Billing Information

Payment Method
Pay with one credit/debit card online
Edit
Pay with one credit/debit card online
$5,099.40
Mastercard # ************1077
Exp. 6/2006
obaid karki
Mela Realty, LLC
301 East 66th Street
NY, NY 10021
Order Summary
Detailed View
Please review the contents of your order for accuracy before placing your order - Specific information about each item in your cart is available by selecting the "Detailed View" tab Description
1600n High Capacity Toner Cartridge Qty 30
Unit Price $79.99
TOTAL:$2,399.70

1700n High Capacity Use and Return Toner Cartridge Qty 30
Unit Price $89.99
TOTAL:$2,699.70

Total Price
Sub-total
$5,099.40
Shipping & Handling
$0.00
Tax
$0.00
Total Price
$5,099.40

Price: $5,099.40
Payment: $136
Number of Months: 46
Total Payments: $6,256.00

Pricing, specifications, availability and terms of offers may change without notice, are not transferable and are valid only for new purchases from Dell Medium and Large Business for delivery in the 50 United States and District of Columbia. Taxes, fees and shipping and handling charges are extra, vary and not subject to discount. The Medium & Large Business site and offers contained herein valid only for end users and not for resellers and/or online auctions. Dell cannot be responsible for pricing or other errors, omissions, or consequences of misuse of site and its functions and reserves the right to cancel orders arising from such errors. Orders subject to cancellation by Dell. Limit 5 systems per order. In case of customers leasing, please note that items leased will be subject to applicable end of lease options or requirements. All sales are subject to Dell's Terms and Conditions of Sale located at http://www.dell.com/terms unless you have a separate agreement with Dell.
Configuration, pricing, tax, shipping & handling and monthly payment information above is estimated and presented for your convenience only. All pricing, shipping and monthly payment information is subject to change without notice. Final order specifications and amounts, including tax and shipping & handling, will be communicated following receipt of your online order. Dell will not be responsible for typographical or other errors or omissions regarding prices or other information. Products displayed are available to US customers who take delivery in the 50 United States. All sales are subject to Dell's Term and Conditions of Sale.
Copyright 1999-2006 Dell Inc.
sn CM13
Secure Shopping Guarantee

Order Details
We appreciate your business. We will send an Order Acknowledgement e-mail to oktrade@gmail.com shortly. As soon as your order has processed (usually within 1 business day), you will receive a second, final Order Confirmation e-mail which will include:

- Your Dell order number
- A confirmation of the final purchase amount that you were charged
- Your Dell customer number (for new customers)
- An estimated delivery time (the time it will take to both build and deliver your order)

After you receive your order number(s), visit My Account to track your order's status and manage your account online. Thanks again for your purchase.