**Luis Suarez**

---

**From:** Braxton, Darryl CPT DOC [darryl.braxton@arifjan.arcent.army.mil]

**Sent:** Thursday, February 16, 2006 3:49 PM

**To:** Connor, Rodney MAJ CFLCC/3A-FWD-C8; Chase, Douglas SFC; luis.saurez@sitco.cc

**Subject:** Contract Distribution - W912D1-06-P-0319 Printer Cartridges

Please find the attached contract award.

DARRYL J. BRAXTON, Capt, USAF
Contracting Officer
HQ ASG-KU DOC
Camp Arifjan, Kuwait APO AE 09366
Comm: (965) 389-3728 DSN: 318 430-3728

<<20060216154826086.pdf>>

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: W91XRV 6007 0401

PAGE 1 OF 8

2. CONTRACT NO.: W912D1-06-P-0319

3. AWARD/EFFECTIVE DATE: 23-Jan-2006

4. ORDER NUMBER:

5. SOLICITATION NUMBER:

6. SOLICITATION ISSUE DATE:

7. FOR SOLICITATION INFORMATION CALL: a. NAME: | b. TELEPHONE NUMBER (No Collect Calls):

8. OFFER DUE DATE/LOCAL TIME:

9. ISSUED BY — CODE W912D1

U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT
BLDG 346 ATTN: CAPT BRAXTON
CP ARIFJAN AE 09366

TEL: 011-965-389-3728
FAX: 011-965-389-3741

10. THIS ACQUISITION IS [X] UNRESTRICTED [ ] SET ASIDE: % FOR [ ] SMALL BUSINESS [ ] HUBZONE SMALL BUSINESS [ ] 8(A)

NAICS: 424120

SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE

12. DISCOUNT TERMS: Net 30 Days

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION [ ] RFQ [ ] IFB [ ] RFP

15. DELIVER TO — CODE

AVN TF COMPANY 1, 3-126TH AVN
SFC DOUGLAS CHASE
BUEHRING AIRFIELD
APO AE 09330

16. ADMINISTERED BY — CODE

**SEE ITEM 9**

17a. CONTRACTOR/ OFFEROR — CODE SAH28

SITCO GENERAL TRADING & CONTRACTING WLL
A. LUIS SUAREZ
P.O. BOX 36225
AL-RAAS 24753

TEL. 965-574-6000 EXT 204 — FACILITY CODE

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE S09076

ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
011-965-389-1396
APO AE 09366

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

**See Schedule**

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

**KWD1,757.10**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3, 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

31c. DATE SIGNED: 16-Feb-2006

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)

SCHENK, STEPHEN MR. / CONTRACTING OFFICER

TEL: 011-965-389-2334 EMAIL: s

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED)**

PAGE 2 OF 8

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ______

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Dell Printer Cartridge 310-5400<br>FFP | 30 | Each | KWD31.01 | KWD930.30 |

Contractor shall provide Dell Printer Cartridges, Part Number 310-5400.
Reference quote dated 22 January 2006.
Contact SFC Chase for delivery at 828-1308 or via email at
douglas.chase@tb12.arfor.army.mil
PURCHASE REQUEST NUMBER: W91XRV 6007 0401

NET AMT KWD930.30

ACRN AA Funded Amount $3,322.50

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Dell Printer Cartridge 310-5417<br>FFP | 30 | Each | KWD27.56 | KWD826.80 |

Contractor shall provide Dell Printer Cartridges, Part Number 310-5417 Reference quote dated 22 January 2006.
Contact SFC Chase for delivery at 828-1308 or via email at
douglas.chase@tb12.arfor.army.mil
PURCHASE REQUEST NUMBER: W91XRV 6007 0401

NET AMT KWD826.80

ACRN AA Funded Amount $2,952.86

FOB: Destination

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | Government |
| 0002 | N/A | N/A | N/A | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | 10-FEB-2006 | 30 | AVN TF COMPANY 1, 3-126TH AVN<br>SFC DOUGLAS CHASE<br>BUEHRING AIRFIELD<br>APO AE 09330<br>828-1308<br>FOB: Destination | |
| 0002 | 10-FEB-2006 | 30 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | |

## ACCOUNTING AND APPROPRIATION DATA

AA: 2162020.000076-2084P135197.100031ED832QAVW91XRV600704012QAV83S09076
AMOUNT: $6,275.36

## CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-4 | Contract Terms and Conditions--Commercial Items | OCT 2003 |
| 52.212-5 (Dev) | Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items (Deviation) | JUL 2005 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |
| 52.232-34 | Payment By Electronic Funds Transfer--Other Than Central Contractor Registration | MAY 1999 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.247-27 | Contract Not Affected by Oral Agreement | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.252-6 | Authorized Deviations In Clauses | APR 1984 |
| 252.212-7001 | Contract Terms and Conditions Required to Implement Statutes or Executive Orders Applicable to Defense Acquisitions of Commercial Items | JUN 2005 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.229-7000 | Invoices Exclusive of Taxes or Duties | JUN 1997 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-8 TIME OF DELIVERY (JUN 1997)

(a) The Government requires delivery to be made according to the following schedule:

REQUIRED DELIVERY SCHEDULE

Within 10 days after receipt of order

The Government will evaluate equally, as regards time of delivery, offers that propose delivery of each quantity within the applicable delivery period specified above. Offers that propose delivery that will not clearly fall within the applicable required delivery period specified above, will be considered nonresponsive and rejected. The Government reserves the right to award under either the required delivery schedule or the proposed delivery schedule, when an offeror offers an earlier delivery schedule than required above. If the offeror proposes no other delivery schedule, the required delivery schedule above will apply.

(End of clause)

52.217-6 OPTION FOR INCREASED QUANTITY (MAR 1989)

The Government may increase the quantity of supplies called for in the Schedule at the unit price specified. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days of delivery date. Delivery of the added items shall continue at the same rate as the like items called for under the contract, unless the parties otherwise agree.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.farsite.hill.af.mil

(End of clause)

INVOICING INSTRUCTIONS

**METHOD OF PAYMENT**

a. **PROMPT PAYMENT ACT**. The government is required to pay a valid invoice net 30-days. This means 30-days after the receipt of the contractor's invoice and the government's receiving report; the government is required to pay the contractor. If the government delays payment, interest will automatically be added to the contractor's invoice.

b. **GOVERNMENT PURCHASE CARD.** The government wide commercial purchase card is authorized to use in making and/or paying for purchased made under this BPA. Payments shall be made to the extent that the contractor agrees to accept payment. The Government wide Commercial Purchase Card is also called the Government Purchase Card (GPC). The interest rate charged by the contractor's bank for the use of the credit card is the contractor's cost since this rate is dependent on the contractor and not the government.

c. **DISCOUNT FOR PROMPT PAYMENT.** If the contractor desires to be paid quicker than 30-days after the receipt of the invoice and the government's receiving report, the contractor may offer a discount on the invoice charges. For example, the contractor may offer 2% to be paid in 15-days vice 30-days. If the offered discount rate is advantageous to the government, the discount shall be accepted. If the offered discount rate is not advantageous to the government, the discount shall not be accepted and the contractor shall be paid 30-days after the receipt of the contractor's invoice and the government's receiving report. The discount to prompt payment is compared to the U.S. Treasury rate. As the U.S. Treasury rate changes, the offered discount to prompt payment may have to change as well.

FAR 32.905 – Payment Documentation and Process.
(a) General. Payment will be based on receipt of a proper invoice and satisfactory contract performance.
(b) **Content of invoices.**
(1) A proper invoice must include the following items (except for interim payments on cost reimbursement contracts for services):
(i) Name and address of the contractor.
(ii) Invoice date and invoice number. (Contractors should to date invoices as close as possible to the date of mailing or transmission.)
(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).
(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.
(v) Shipping and payment terms (*e.g.*, shipment number and date of shipment, discount for prompt payment terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.
(vi) Name and address of contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).
(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.
(viii) Taxpayer Identification Number (TIN). The contractor must include its TIN on the invoice only if required by agency procedures. (See 4.9 TIN requirements.)
(ix) Electronic funds transfer (EFT) banking information.
(A) The contractor must include EFT banking information on the invoice only if required by agency procedures.
(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the contractor must have submitted correct EFT banking information in accordance with the applicable solicitation provision (*e.g.*, 52.232-38, Submission of Electronic Funds Transfer-Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer-Other Than Central Contractor Registration), or applicable agency procedures.
(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.
(x) Any other information or documentation required by the contract (*e.g.*, evidence of shipment).
(2) An interim payment request under a cost-reimbursement contract for services constitutes a proper invoice for purposes of this subsection if it includes all of the information required by the contract.
(3) If the invoice does not comply with these requirements, the designated billing office must return it within 7 days after receipt (3 days on contracts for meat, meat food products, or fish; 5 days on contracts for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils), with the reasons why it is not a proper invoice. If such notice is not timely, then the designated billing office must adjust the due date for the purpose of determining an interest penalty, if any.

SPECIAL INSTRUCTIONS

BUYER: Captain Braxton, Darryl, USACC-SWA-KUWAIT
Phone: 965-389-3728 (COMM) 430-3728 (DSN)
Fax: 389-3741 (COMM) 430-3741
E-mail: darryl.braxton@arifjan.arcent.army.mil

DELIVERY & SHIPPING INSTRUCTIONS
**Purchased For:**
**SEE DELIVERY SCHEDULE**
**Ship-to Address:** See Block 15.

2. **PACKAGING AND MARKING:**

   a. **STANDARD PACKAGING**: Except as specified, the packaging and packing of all items shall comply with ASTM-D-3951-88 "Standard Practice for Commercial Packaging".

   b. **CONTAINER MARKINGS**: Container marking shall comply with MIL-STD-129K "Marking for Shipment and Storage".

   c. Contractor shall ensure that a copy of Government Purchase/Delivery Order included in pouch with packing list/invoice on the outside of the package(s).

3. **TIME OF DELIVERY:** SEE DELIVERY SCHEDULE.

4. **WARRANTED ITEMS**: The contractor shall comply with FAR 46.706 Warranty Terms and Conditions and FAR 46.709 Warranties for Commercial Items.

5. **RECEIVING OFFICER**:

   a. The Receiving Officer under this Purchase Order is as follows:

   SEE DELIVERY SCHEDULE

   b. The Receiving Officer is responsible for inspection and acceptance of services, and preparation of receiving report in block 32 of SF Form 1449. The Receiving Officer is required to make distribution to the following address:

| | |
|---|---|
| Original and 2 copies<br>(See Block 32a thru 32c, SF Form 1449<br>for payment office address | 1 Copy<br>USACC-SWA Kuwait<br>ARCENT-KU-DOC<br>BUILDING T346<br>CAMP ARIFJAN<br>APO AE 09366 |

6. **NOTICE TO CONSIGNEE (KUWAIT):** Upon receipt and acceptance of supplies, the consignee is responsible for preparing a receiving report on SF1449 or DD Form 250. The consignee is required to complete Block #32a thru 32c of SF1449 or the entire form of DD 250 and distribute of the following addresses:

| | |
|---|---|
| **1 Copy to:**<br>USACC-SWA Kuwait<br>ARCENT-KU-DOC<br>BUILDING T346<br>Red Ball Express Road<br>CAMP ARIFJAN | **Original and 2 Copies to:**<br>ARCENT-KU Finance Support Unit<br>ATTN: Commercial Accounts<br>APO AE 09366<br><br>PHONE 965-389-1396 |

APO AE 09366 FAX: 389-3626

7. **CAUTION:** Failure to provide completed SF 1449 or DD Form 250 on a timely basis may result in a loss of discount, in which event the consignee is required to furnish reasons for delay so that proper documentation maybe made to explain the loss.

8. **CONSIGNEE'S NOTIFICATION TO PURCHASING ACTIVITY OF NON-RECEIPT, DAMAGE OR NON-CONFORMANCE:** The Consignee shall notify the Purchasing Office promptly after date of delivery specified in the purchase order, or supplies not received, damaged in transit, or not conforming to specifications of the purchase order. Only under extenuating circumstances should such notification be made later than 15 days after specified dated to delivery.

9. **The Contractor must submit 3 copies of each invoice to Department of The Army, HHC, ARCENT-KU, ATTN: Finance, Vendor Pay, APO AE 09366.**

10. **NOTICE TO PAYING OFFICE:** A copy of SF 1449 should be attached to your payment voucher so that the payment information goes to the proper USACC-SWA Kuwait Branch.

11. **PAYMENT:** All requests for payment, invoice, and payment status will be referred to addressee in Block #18a. All problems on payment of accounts will be directed to the same office. Call 965-389-1396 for telephonic inquiries. Payment will be made NET 30 days from date of receipt of invoice in paying office or acceptance of material/services, whichever is later.

EXHIBIT G

SITCO GENERAL TRADING & CONTRACTING
P.O. 36225
AlRass 24753, Kuwait Phone: 965.648.8055
E-Mail: Sitco@urrc.cc

W912D1-06-P-0319 CALL 06 June 18, 2006

**INVOICE NUMBER 001**

| Item Description | Qty. | Price Per Unit | Total Cost |
|---|---|---|---|
| 0001<br>Dell Printer Cartridge<br>310-5400 | 30 | KWD 31.01 | KWD 930.30 |
| 0002<br>Dell Printer Cartridge<br>310-5417 | 30 | KWD 27.56 | KWD 826.80 |

**KWD One Thousand, Seven Hundred and ten fills only** **KWD 1,757.10**

INVOICE RECEIVED
05 JUN 2006 
ARCENT-KU Vendor Pay
REJECTED
25 Sep 06

DISCOUNT TERMS

N/A

**BANK INFORMATION**

Beneficiary: Sitco General Trading & Contracting

Account Number: 2560012259

Bank Name: Burgan Bank

Swift: BRGNKWKW