# UNITED STATES COURT OF FEDERAL CLAIMS

SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation,

Plaintiff,

-against-

UNITED STATES DEPARTMENT of the ARMY,

Defendant.

**RCFC 40.2 NOTICE**

No. 07-226 C

Judge ______

The Plaintiff, SITCO GENERAL TRADING AND CONTRACTING CO., W.L.L. ("SITCO"), under Rule of Court of Federal Claims 40.2, states that it is not aware of any cases Directly or Indirectly Related to the within action..

Dated: March 30, 2007
New York, New York

**HARRINGTON HENRY LLP**

By: ______________________
James J. Harrington (JH 7868)

Attorneys for Plaintiff
305 Madison Avenue
New York NY 10165
(212) 370-6716