IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation, | ) | |
| Plaintiff, | ) | No. 07-226 C (Judge Hodges) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Maame A.F. Ewusi-Mensah, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Maame A.F. Ewusi-Mensah
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Phone: (202) 353-0503
Fax: (202) 514-8624
E-mail: Maame.Ewusi-Mensah@usdoj.gov

Attention: Classification Unit
8th Floor

s/Maame A.F. Ewusi-Mensah
Maame A.F. Ewusi-Mensah
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: April 24, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Maame A.F. Ewusi-Mensah