# In the United States Court of Federal Claims

* * * * * * *

SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation, *

Plaintiff, * No. 07-226C

v. * Filed: August 2, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's request for an enlargement of time to October 5, 2007 to file its Answer is GRANTED. Plaintiff does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge