IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation, | ) | |
| Plaintiff, | ,) | |
| | ) | No. 07-226C (Judge Hodges) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

APPLICATION FOR ENLARGMENT OF TIME

The Plaintiff, Sitco Trading, is a Kuwait corporation with no employees in the United States. The Defendant has a motion to dismiss pending that is returnable November 11, 2007.

This case involves the performance of contracts in Iraq. Because of the difficulties in getting information and documentation from Iraq and Kuwait, we have found that we need additional time to answer the motion. We proposed to Defendant an extension of 46 days to December 21, 2007.

This morning I received the following from Maame A.F. Ewusi-Mensah, Esq., Trial Attorney, DOJ, "*The United States will consent to an extension of time through December 21*."

Accordingly, the Plaintiff requests an extension of time to reply to the pending motion through December 21, 2007. No previous application has been made for this relief

Respectfully submitted,

James J. Harrington, Esq.
***HARRINGTON HENRY LLP***
305 Madison Avenue
New York NY 10165
Tel: (212) 370-6716
Fax: (212) 684-2476
james.j.harrington@verizon.net

CERTIFICATE OF FILING

I hereby satisfy that on this 1st day of November 2007, a copy of the forgoing APPLICATION FOR ENLARGMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's electronic system.

s/ James J. Harrington