# UNITED STATES COURT OF FEDERAL CLAIMS

SITCO GENERAL TRADING AND )
CONTRACTING CO., W.W.L., )
a Kuwait Corporation, )
)
Plaintiff, )
)
-against- ) No. 07-226C
) (Judge Hodges)
UNITED STATES DEPARTMENT of the ARMY, )
)
Defendant. )

PLAINTIFF'S RESPONSE TO MOTION

.) The Complaint to which the pending motion is addressed is hereby voluntarily withdrawn pursuant to Rule 41, without prejudice as to the First Claim and with prejudice as to the Second Claim, to be replaced by an Amended Complaint pursuant to RCFC 15(a);

2.) The attached letter to Defendant's Trial Attorney requests that the motion be withdrawn and the attached stipulation be agreed, but no response has yet been received.

HARRINGTON HENRY LLP

s / James J. Harrington____
JAMES J. HARRINGTON
305 Madison Avenue
New York NY 10165
(212) 370-6716