# HARRINGTON HENRY LLP

ATTORNEYS AT LAW

305 MADISON AVENUE
NEW YORK, NEW YORK 10165
TEL: (212) 370-6716
FAX: (212) 684-2476

JAMES J. HARRINGTON
james.j.harrington@verizon.net

December 18, 2007

Maame A. F. Ewusi-Mensah, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
WASHINGTON DC 20530

RE; *Sitco v. US*

Dear Ms. Ewusi-Mensah:

The corporate officer from Sitco appeared in NYC with the expected documents, with one exception. [1]. I understood from a Kuwait law firm that almost all of the commercial law and procedure of Kuwait tracks that of Saudi Arabia, which as you know, grants Americans access to Saudi courts, *see El-Shifa,* 55 Fed. Cl. at 758.

I was referred to the Decree of Law, No: 38, (1980) promulgating civil and commercial procedures, 1-Book No. 2/ Chapter No. 1 (jurisdiction of the Kuwaiti courts), but I have not yet found exactly what I had been led to expect.

Therefore, we must withdraw Sitco's Complaint until it can be amended to plead compliance with the Reciprocity Act, if it does exist. Therefore, I enclose for your review a proposed stipulation.

Sincerely,

JJH:dar

---

1 Attached to my e-mail, for your information, are his affidavit and exhibits which we were planning to serve this Friday.