# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation, | ) | |
| Plaintiff, | ) | |
| -against- | ) | No. 07-226C (Judge Hodges) |
| UNITED STATES DEPARTMENT of the ARMY, | ) | |
| Defendant. | ) | |

## STIPULATION

It is hereby stipulated, by and between the parties hereto, that

1.) The Complaint is withdrawn, without prejudice as to the First Claim and with prejudice as to the Second Claim, to be replaced by an Amended Complaint pursuant to RCFC 15(a);

2.) The Defendant's pending motion to dismiss is withdrawn without prejudice to renewal.

HARRINGTON HENRY LLP

s / James J. Harrington____
JAMES J. HARRINGTON
305 Madison Avenue
New York NY 10165
(212) 370-6716

______________________________
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Department of Justice