# In the United States Court of Federal Claims

* * * * * * *

SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation, *

Plaintiff, * No. 07-226C

v. * Filed: January 9, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties agree that plaintiff's Complaint should be dismissed without prejudice as to the First Claim and with prejudice as to the Second Claim. Defendant objects to plaintiff's speculation that it might file "an amended complaint," but otherwise agrees that this court cannot address plaintiff's case as stated. Accordingly, plaintiff's Complaint is dismissed without prejudice as to the First Claim. Plaintiff's Complaint is dismissed with prejudice as to the Second Claim. If plaintiff wishes to file a new Complaint as to the First Claim, the Clerk will return the case to this court. No costs.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge