# In the United States Court of Federal Claims

**No. 07-226 C**

**SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed January 9, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed without prejudice as to the first claim and with prejudice as to the second claim. No costs.

John S. Buckley
Acting Clerk of Court

January 28, 2008 By: Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.