# In the United States Court of Federal Claims

* * * * * * *

SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation, *

Plaintiff, * No. 07-226C

v. * Filed: August 26, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff wishes to file a new Complaint as to the first claim, as proposed by the January 9, 2008 Order. We ask that the Clerk of Court accept plaintiff's Amended Complaint as a new Complaint and assign it to these chambers. The Clerk may waive the filing fee in this instance.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge